No. 203. CITY OF NEW YORK v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. C. A. 2d Cir. Cer-

tiorari granted. *Denis M. Hurley* and *Seymour B. Quel* for petitioner. *Edward R. Brumley* for respondent.